**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Century Capital Group, LLC, Petitioner,

v.

Midtown Development Group, LLC, Richland Joint Venture Group, LLC, Windsor Richland Mall, L.P., and BRC Richland, LLC, Respondents.

Appellate Case No. 2018-001874

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

———————

Memorandum Opinion No. 2020-MO-003
Heard January 14, 2020 – Filed January 29, 2020

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

J. Ryan Oates, of McCabe, Trotter & Beverly, P.C., of Columbia, for Petitioner.

Trippett Boineau, III and Heath M. Stewart, III, both of McAngus, Goudelock & Courie, LLC, of Columbia, Jonathan B. Asbill, of Baker, Ravenel & Bender, LLP, of

Columbia, and Ruth A. Levy, of Williams Mullen, of Columbia, for Respondent.

—————————

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Century Capital Group, L.L.C. v. Midtown Development Group, L.L.C.*, Op. No. 2018-UP-24 (S.C. Ct. App. filed June 13, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW JJ., and Acting Justice H. Bruce Williams, concur.**